IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL A. JOHNSON**                                                                              **PLAINTIFF**
**ADC # 110504**

VS.                                               4:23-CV-01096-BRW-JTK

**DEXTER PAYNE, et al.**                                                                           **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.   After carefully considering Mr. Johnson's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1.      Plaintiff's official capacity damages claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2.      Plaintiff's failure to protect claims against Defendants Payne, Shipman, Culclager, and Mahoney are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3.      Plaintiff's retaliation claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

4.      Defendants Payne, Shipman, Culclager, and Mahoney are TERMINATED as parties to this action.

DATED this 1st day of December, 2023.

                                               Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE