# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL A. JOHNSON**  **PLAINTIFF**
**ADC # 110504**

VS.                                **4:23-CV-01096-BRW-JTK**

**DEXTER PAYNE, et al.**  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 53) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

IT IS, THEREFORE, ORDERED Plaintiff's Motion for Temporary Restraining Order (Doc. No. 51) is DENIED.

DATED this 15th day of February, 2024.

                                                 Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE